**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TROY VAN DUNCAN,<br><br>    Defendant. | Case No. 3:21-cr-00032-RCJ-CSD-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J St Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Troy Van Duncan, that the Sentencing Hearing currently scheduled on October 11, 2022, at 10:15 a.m., be vacated and continued to November 8, 2022, at 12:00 p.m.

    This Stipulation is entered into for the following reasons:

    1.    The defense has hired an expert to perform a psychological evaluation on Mr. Duncan.  The expert needs additional time to draft a report for this Court.

    2.    The defendant is in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the second request for a continuance of the Sentencing hearing.

DATED this 5th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Randolph J St Clair*<br>RANDOLPH J ST CLAIR<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TROY VAN DUNCAN,<br><br>　　　　Defendant. | Case No. 3:21-cr-00032-RCJ-CSD-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 11, 2022, at 10:15 a.m. be vacated and continued to November 8, 2022, at 12:00 p.m..

　　DATED this 6th day of October 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE